UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
                                               :
   UNITED STATES OF AMERICA                    :
                                               :
   -v.-                                        :              22 Cr. 435 (LAP)
                                               :
   ABOUDULAYE KEITA ET AL.,                    :                  ORDER
                                               :
                              Defendants.  :
                                               :
-------------------------------------------------------- :
                                               X
```

Loretta A. Preska, United States District Judge:

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Jane Chong, Assistant United States Attorney, of counsel, and with the consent of the defendants, by and through their attorneys, it is hereby ORDERED that the status conference scheduled for November 28, 2022 is rescheduled to January 5, 2022, at 11:30 AM and that the time from the date of this order until the new conference date is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because it will allow the parties to produce and review discovery and to continue discussions regarding an appropriate disposition.

      SO ORDERED.

Dated: 11/23/2022
New York, New York

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE