UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Aboudulaye Keita,

                Defendant.

No. 22-CR-435 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a bail hearing on December 13, 2022, at 2:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    December 12, 2022
            New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge