

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2023

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

   Re: *United States v. Keita et al.*, 22 Cr. 435 (LAP)

  The Government submits this letter to request a 45-day adjournment of the upcoming status conference currently scheduled for February 15, 2023. The Government has continued to obtain evidence that constitutes Rule 16 discovery material, and the adjournment will allow the Government to produce this additional discovery and for the defense to review it.

  All defense counsel consent to this request and to the continued exclusion of time through the date of the new status conference. The interests served by such an exclusion outweigh the public and the defendants' interest in a speedy trial for the reasons set forth above. A proposed order is attached.

```
The status conference is adjourned.
The parties shall appear for a
conference on April 3, 2023, at
10:30 AM in Courtroom 12A.

SO ORDERED.
[signature: Loretta A. Preska]
2/10/23
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
  Jane Y. Chong
  Assistant United States Attorney
  (917) 763-3172

By CM/ECF: Ian Marcus Amelkin, Esq.
      Stephanie Carvlin, Esq.
      Jenna Dabbs, Esq.
      Alain Massena, Esq.