UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA

    -v.-                                              22 Cr. 435 (LAP)

    ABOUDULAYE KEITA, ET AL.,            ORDER

                                Defendants.
------------------------------------------------------------- X

Loretta A. Preska, Senior United States District Judge:

       Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Jane Chong, Assistant United States Attorney, of counsel, and with the consent of the defendants, by and through their attorneys, it is hereby ORDERED that the status conference scheduled for May 23, 2023, is rescheduled to July 13, 2023, at 11:30 AM and that the time from the date of this order until the new conference date is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because it will allow the parties to produce and review discovery and to continue discussions regarding an appropriate disposition.

       SO ORDERED.

Dated: May 22, 2023
New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            UNITED STATES DISTRICT JUDGE