UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,           :
                                    :
                                    :
                    Plaintiff(s),   :    22 CR 435 (LAP)
                                    :
                                    :    SCHEDULING ORDER
          -against-                 :
                                    :
Aboudulaye Keita,                   :
                                    :
                    Defendant(s).   :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        It is hereby

        ORDERED that the proceeding scheduled for May 1, 2024

at 11:00 am is adjourned to May 8, 2024 at 12:00 pm.


SO ORDERED.

                            _Loretta A. Preska_

                            Loretta A. Preska, Senior U.S.D.J.



Dated:     March 19, 2024
           New York, New York