UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

UNITED STATES OF AMERICA,

-v.-

ABOUDULAYE KEITA,

Defendant.

-----------------------------------x

22-CR-435 (LAP)

**VOSR CONFERENCE ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on August 3, 2026, at 12:00 PM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. **SO ORDERED.**

Dated: July 28, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge