UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ABOUDULAYE KEITA,<br><br>Defendant. | : | 22 Cr. 435 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court hereby appoints Kenneth Montgomery as CJA counsel to represent Mr. Keita in the above-captioned case at the conference scheduled for 12:00 p.m. on August 3, 2026, regarding Mr. Keita's alleged violations of the terms of his supervised release.

**SO ORDERED.**

Dated: July 31, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge