UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
UNITED STATES OF AMERICA, :
: 22-CR-435 (LAP)
-v.- :
: **VOSR CONFERENCE ORDER**
ABOUDULAYE KEITA, :
:
Defendant. :
-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for August 3, 2026, is adjourned. The parties, including Mr. Keita, shall appear for a conference on September 9, 2026, at 12:00 PM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. **SO ORDERED.**

Dated: July 31, 2026
New York, New York

[signature]
LORETTA A. PRESKA
Senior United States District Judge