UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

UNITED STATES OF AMERICA, :
: 22-CR-435 (LAP)
-v.- :
: **ORDER**
ABOUDULAYE KEITA, :
:
Defendant. :

-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for September 9, 2026, is cancelled. **SO ORDERED.**

Dated: September 3, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge